932 A.2d 875

**COMMONWEALTH ex rel., Michael WILSON, Petitioner,**

v.

**David DIGUGLIELMO, Respondent.**

**No. 102 EM 2007.**

Supreme Court of Pennsylvania.

Sept. 11, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus and Motion for an Instant Hearing are denied.

932 A.2d 875

**COMMONWEALTH ex rel., Walter DOBSON, Petitioner,**

v.

**David DIGUGLIELMO, Superintendent Graterford Prison, Respondent.**

**No. 112 EM 2007.**

Supreme Court of Pennsylvania.

Sept. 11, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus Ad Subjiciendum is denied.